**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Raul VEGA–LEON, aka Guadalupe Leon, Alberto Perez–Rodriguez, Defendant–Appellant.**

**No. 04–30000.**

United States Court of Appeals, Ninth Circuit.

Nov. 30, 2006.

Katherine Jill Bolton, Esq., Yakima, WA, for Plaintiff–Appellee.

Anne Walstrom, Esq., K. Elizabeth Dahlstrom, Esq. Federal Defenders of Eastern Washington and Idaho Yakima, WA, for Defendant–Appellant.

of this circuit except as provided by 9th Cir. R. 36–3.

Before: KOZINSKI, HAWKINS and THOMAS, Circuit Judges.

MEMORANDUM *

On October 29, 2004, we granted appellee's unopposed motion for summary affirmance in this appeal. The Supreme Court vacated and remanded our disposition for consideration in light of its subsequent decision in *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). *See Ramos–Birrueta v. United States*, 543 U.S. 1183, 125 S.Ct. 1427, 161 L.Ed.2d 185 (2005) (table).

We affirmed in our prior disposition the enhancement of appellant's sentence based on a conviction that was neither pled nor proved to a jury, relying on *United States v. Quintana–Quintana*, 383 F.3d 1052 (9th Cir.2004), *cert. denied*, 543 U.S. 1130, 125 S.Ct. 1100, 160 L.Ed.2d 1085 (2005) (holding that *Blakely v. Washington*, 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004) did not overrule *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998)), *United States v. Arellano–Rivera*, 244 F.3d 1119, 1127 (9th Cir.2001) (on de novo review, holding that *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), did not overrule *Almendarez–Torres)*, and *United States v. Pacheco–Zepeda*, 234 F.3d 411, 414–15 (9th Cir.) (same, reviewing for plain error), *cert. denied*, 532 U.S. 966, 121 S.Ct. 1503, 149 L.Ed.2d 388 (2001).

We have recently reaffirmed this line of cases in light of the Supreme Court's subsequent decision in *Booker. See United States v. Brown*, 417 F.3d 1077, 1078–79 (9th Cir.2005). Consequently, we again grant appellee's motion for summary affirmance of the judgment in this appeal.

**AFFIRMED.**

*This case was not selected for publication in the Federal Reporter*

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.